# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GYASI ARMSTRONG,**<br>Plaintiff,<br>vs.<br>**MEGAN J. BRENNAN,**<br>Defendant. | CASE NO. 19-cv-04077-YGR<br><br>**ORDER DISMISSING CASE** |

On February 7, 2020, the Court entered an order requiring that plaintiff file an amended complaint by February 28, 2020. (Dkt. No. 15.) The Court advised that failure to do so would result in dismissal of the case for failure to prosecute. To date, plaintiff has not filed an amended complaint. Accordingly, this case is hereby **DISMISSED**.

**IT IS SO ORDERED.**

Dated: March 9, 2020

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**